ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 MAY -9 PM 2:57

CLERK OF COURT

| | | |
|---|---|---|
| ERNESTO RODRIGUEZ, | § | |
| PLAINTIFF | § | |
| | § | 4-13CV-382-A |
| | § | |
| V. | | |
| | § | |
| CASA, INC. and | § | |
| CATHOLIC CHARITIES of FORT WORTH | | |
| DEFENDANT | § | |

## COMPLAINT

On June 8, 2011, Plaintiff, ERNESTO RODRIGUEZ, along with 40 other residents, filed a complaint with Defendant, CASA, INCORPORATED, concerning a resident who had threatened Plaintiff and other residents. The complaint explained that the resident had threatened to "kill" other residents and their pets, as well as the derogatory statements and comments that the resident had made to Plaintiff and other minority residents. In the complaint, Plaintiff also states that "the majority of the residents here have lost faith in the staff who seemingly don't care to read their complaints and resolve the problems presented to them".

On July 31, 2012, Plaintiff was in the community room playing pool, while another resident was facilitating an art class. The resident told Plaintiff to stop playing pool and to leave the community room. Plaintiff refused to leave the community room and explained to the resident that he receives instructions from staff and management only. Further, Plaintiff explained that no other residents had been asked to leave, regardless of their participation in the art class. Shortly thereafter, Lynne Yeoman, employee for Defendant, entered the community room and approached Plaintiff and instructed him to leave the community room. Plaintiff requested that Yeoman talk to everyone in the room, particularly the residents participating in the art class. Yeoman refused and instructed him to leave once again. Plaintiff then remarked that Yeoman had not questioned any of the Anglo residents, who were not participating in the art class- those residents were allowed to remain in the community room. In response, Plaintiff took photographs of the residents that remained in the community room, even residents that were not participating in the art class. Plaintiff then approached Yeoman, Monica Quiroz, and Opal Barrett, all employees for Defendant, and explained that he had photos to show that Anglo residents were being allowed to use the community room and he was not. Quiroz then instructed Plaintiff to refrain from taking photographs, but Plaintiff asserted that he would need

the photographs to prove that he was the victim of "discrimination". Plaintiff then filed a complaint and gave it to Martha Perez, employee for Defendant.

On August 20, 2012, Plaintiff received correspondence from Defendant, alleging that he had violated the "lease agreement and house rules and/or policies". Specifically, the correspondence explains that, on August 7, 2012 and August 14, 2012, three individuals had complained of Plaintiff taking photographs. Quiroz is the author of the correspondence. She explains that she'd instructed Plaintiff not to take photographs.

In the same correspondence, Quiroz alleged that Plaintiff had been accused of using abusive language during a confrontation with the same resident from the incident on July 31, 2012. The resident came into the lobby area and then called Plaintiff an "illegal alien" and asked, "Where were you born?" Plaintiff then responded, "Maybe you are the illegal alien!" Plaintiff used no other language and retaliating in no other fashion. The resident, who was in a wheel chair, began to approach Plaintiff and the security guard then grabbed the resident's chair and redirected her toward the elevator. As the resident was leaving, she turned to Plaintiff "shook her fist" at him.

Following this incident, Plaintiff received correspondence from Defendant that accused him of violating a community rule by using a particular elevator. Plaintiff explained that he was unaware of the rule and that all residents had been allowed to use that elevator.

On October 9, 2012, Plaintiff filed a complaint with the U. S. Department of Housing and Urban Development (HUD) and alleged that Defendant was operating discriminatorily based on national origin of residents and retaliating against him for filing previous complaints. Fort Worth Human Relations Commission performed an investigation and, in correspondence dated February 28, 2013, determined that "no reasonable cause" exists to believe that Defendant was discriminating or retaliating against Plaintiff.

On April 3, 2013, Plaintiff received correspondence from Defendant alleging that he had violated his lease agreement "interfering with management's efforts to manage the operations of the facility". Specifically, Quiroz accused Plaintiff of making "false allegations, circumventing the complaints and grievance process with Defendant, and encouraging other residents to circumvent community policies and rules.

NOW, Plaintiff files this complaint and asserts that Defendant has acted discriminatorily, through its agents, in managing and operating the resident community. Further, Plaintiff asserts that Defendant has implement policies and procedures that disparately affect the resident population, particularly Hispanic and African Americans. Finally, Plaintiff asserts that Defendant has retaliating against him for filing previous complaints with Defendant and other agencies charged with investigating matters of discrimination in housing.

PRINTED NAME   Ernesto R Rodriguez
ADDRESS   3201 Sondra Drive, Apt. 512
CITY/STATE/ZIP   Fort Worth TX 76107
TELEPHONE   517 204 9278

JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Ernesto Rodriguez

**DEFENDANTS**
CASA Inc
Catholic Charities of Fort Worth

(b) County of Residence of First Listed Plaintiff: Tarrant
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Tarrant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☒ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
Ernesto R. Rodriguez

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____